E-FILED
Friday, 13 April, 2007  03:10:22 PM
Clerk, U.S. District Court, ILCD

IN THE U.S. District
Court of the Central District
of the state
of Illinois

Mondrea Vinning
-vs-
C/O Barfield #10020
Melody J. Ford
Roger E. Walker
Sue Redshaw
Warden Phillips
Warden Zimmerman
Chaplain Twadell
Deitary Manager M. Luckey
Lt. Ashby
Attorney General
Lisa Madigan

Case No. 07-2076

FILED
APR 13 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

Motion Filed Pursuant
F.R.C.P rule 27 Seeking
Court ordered Deposition
Before Action.

Now comes the Plaintiff pro se and seeks to dispose the above named defendants and the witnessess mentioned herein prior to the 42 U.S.C. 1983 civil claim being filed and in support he states as follows:

1.) Plaintiff intends to bring claims of 1st ammendment violation of Religious Rights, 14th ammendment violation of due process and Equal protection and 8th ammendment cruel and unusual punishment against defendants.

2.) Plaintiff has not yet exhaughsted his administrative remedies and according to established court rules Plaintiff must exhaughst administrative remedies prior to launching a claim in court.

3. Plaintiff has filed several grievances with regard to the violations mentioned in this complaint. The grievance process may take anywhere from 6 months to a year.

4.) Plaintiff seeks a court order to despose the defendants in order that memories won't fade or records dissappear or visual and audio tapes become disposed of and/or recorded over.

5.) Plaintiff also seeks to despose of the defendants right away because some may switch jobs and Plaintiff does not wish to be in violation of I.D.O.C rule 211 which prohibits petitioner from seeking personal information of I.D.O.C employee. But this information would be required to serve copies of complaint upon defendants.

6.) Plaintiff has inmate witnesses to despose as well who are approaching release dates. If released prior to deposition it would be exceedingly difficult for me or the defendants to obtain their testimony.

7.) Plaintiff is also aware that a defendant or witnesses may die durring this time and each person mentioned in this motion is essential to establishing Plaintiff claim.

8.) Witnesses to be desposed of besides defendants.

1.) Stephen Miles # R1778
2.) Cliffton Williams # B54232
3.) Sergent Dodds of Mt. Sterling
4.) Major Lowe of Internal Affairs
5.) Lieutenant Ashcraft

## Conclusion

that a court order be issued to allow Plaintiff to despose individuals mentioned in this Rule 27(a) Deposition before action.

Manning