

# United States District Court

JOHN M. WATERS
CLERK OF COURT

CENTRAL DISTRICT OF ILLINOIS

OFFICE OF THE CLERK
218 U.S. COURTHOUSE
201 S. VINE STREET
URBANA, ILLINOIS 61802

TEL: 217-373-5830
FAX: 217-373-5834

August 1, 2007

Mondrea Vinning B63459
WESTERN IL
Western IL Correctional Center
Inmate Mail/Parcels
RR 4, Box 196
Mt. Sterling, IL 62353

        Re: VINNING V. BARFIELD, ET AL
        Case No. 07-2076

Dear Trust Fund Department:

The Clerk of the Court recently received a complaint and a petition to proceed in forma pauperis from **Mr. Vinning B63459**.  In order for the Court to determine whether he is entitled to proceed in forma pauperis, the Court must review his trust fund ledgers for the six months immediately preceding receipt of his complaint.   Therefore, the Clerk of the Court respectfully requests that you provide to the Court a copy of **M**r. **Vinning B63459** trust fund ledgers for the period **of  March 15, 2007 through April 13, 2007**, within fourteen days of the date of this letter.   Please mail the trust fund ledgers to:

  United States District Court
  Central District Of Illinois
  201 S. Vine St., Room 218
  Urbana, IL 61802

Please refer to the above referenced case number when submitting the trust fund ledgers.  Thank you.

        Sincerely,

        JOHN M. WATERS, CLERK
        U. S. DISTRICT COURT

JMW
cc: Mondrea Vinning
cc: Trust Fund Office - Western IL Corr Center