Vinning-v-Barfield, Et Al
Case No. 07-2076

To: The Clerk of court

FILED
AUG 13 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

Today I recieved correspondence from the clerk of court indicating that the trustfund office is to forward the clerk a copy of my trustfund ledger from March and April of 2007 for a complaint I filed.

I filed a motion for deposition pre-complaint pursuant to Federal rules and civil procedure 27. The book does not indicate a filing fee for this motion. Furthermore I intend to file a 42 U.S.C. 1983 civil complaint concerning these issues but I am currently still in the process of exhaughsting my institutional remedies. I do not intend to pay a filing fee for the Rule 27 and a filing fee for the 42 U.S.C. 1983 complaint. If the court is attempting to force me to pay 2 seperate filing fees then I will voluntarily dismiss the claim for the time being until I'm able to pay said filing fees, and have properly exhaughsted

over →

Please allow the record to reflect that I never filed a complaint, though I intend to. I filed a motion pursuant to rule 27.

Please respond immediately providing clarification.

Also send information on how I could seek criminal charges for official misconduct and violation of 18 U.S.C 241.

Thank you very much,

*[signature]*