E-FILED
Tuesday, 04 September, 2007  03:03:50 PM
Clerk, U.S. District Court, ILCD

TO: Clerk OF Court

Please acknowledge reciept of this and

this is a Notice for Change Of Address.

Mondrea Vinning
#B63454
P.O. Box 711
Menard IL. 62254

SCANNED