E-FILED
Tuesday, 04 September, 2007 03:06:35 PM
Clerk, U.S. District Court, ILCD

IN The United States
District Court FoR The
Central District

Mondrea Vinning
  -vs-
Barfield Et.al.

2:07-CV-2076

FILED
SEP 0 4 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

## Motion For court to issue clarification concerning this case

1.) Now comes the Plaintiff Pro se and seeks this court to issue a motion clarifying this claim, in support Plaintiff states:

2.) Plaintiff initially filed a motion for deposition prior to filing a claim pursuant to F.R.C.P. 27. The book indicates no filing fee for such.

3.) The court indicated that such a motion would require a $350.00 Filing Fee.

4.) Plaintiff understood this as the fee required for the filing of a 42 U.S.C. 1983 civil suit, not for the F.R.C.P. 27.

1.

Proof of Service

Mondrea Vianning )
    -vs-           )         Case No. 2:07-cv-2076
                   )
Borfield et al     )         FILED
                   )         SEP 0 4 2007
                             JOHN M. WATERS, Clerk
                             U.S. DISTRICT COURT
                             CENTRAL DISTRICT OF ILLINOIS
                             URBANA, IL

Please take notice that on 8-29-07 Plaintiff placed in the mail Motion for clarification addressed to:

> Attorney General
> 500 S. Second Str.
> Springfield IL. 62794

*Manning*