In The United States
District Court For
The Central District

Mondrea Yinning
   -vs-
Barfield et.al

Case No. 2:07-cv-2076

MOTION FOR EXTENSION
OF TIME

FILED
MAR - 7 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Now comes the plaintiff pro se and petitions this court for a extension of time.

(1) The court provided plaintiff with a date to file a 42 U.S.C. 1983 civil complaint in the above case numeration.

(2) Plaintiff is currently on a courtwrit to go to court in Cook county case no. 99CR0409901. Plaintiff is in Stateville now on courtwrit not in his home facility of Menard and does not have access to his property and does not have access to the law library.

(3) Due to what's mentioned in numeral two of this motion plaintiff is unable to complete his complaint and file it.

(1)

IN THE
U.S. District court
Central District

Mondrea Vinning
Plaintiff,

v.

Barfield et.al
Defendant

Case No. 2:07-CV-2076

## PROOF/CERTIFICATE OF SERVICE

TO: Attorney General
500 S. Second St.
Springfield IL.
62756

TO: _____

PLEASE TAKE NOTICE that on  2-29 , 2008, I have placed the documents listed below in the institutional mail at Stateville Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service: Motion for extension of time

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: 2-29-08

/s/ Mondrea Vinning
NAME: Mondrea Vinning
IDOC#: B63459
Stateville Correctional Center
P.O. BOX 112
Joliet , IL 60434