E-FILED
Tuesday, 18 March, 2008 03:32:05 PM
Clerk, U.S. District Court, ILCD

In The Central
District Of Illinois

Yinning )
v. )            2:07-CV-2076
Barfield )
)

**MOTION IN RESPONSE to courts motion to Specify courtdates**

FILED
MAR 17 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

The Plaintiff is currently on a courtwrit to Stateville for courtdates involving his post conviction appeal.
(1) Plaintiff arrived in Stateville correctional center on 2-27-08 for 2-29-08 courtdate in Cook County for case No. 99CR04990I before honorable Judge Stewart.
(2) Plaintiff case was continued until 3-21-08. Plaintiff is currently still in Stateville and has no way of knowing when he is returning to Menard where all his property is being maintained by I.DOC officials including his legal materials, some necessary to complete complaint.
(3) Plaintiff has currently prepared his 1983 U.S.C. complaint and sent it to the library to be copied over a week ago and it still has not been returned. Soon as plaintiff complaint is returned and he recieves envelopes to send it out, he will, as plaintiff has prepared his complaint as best as he could.

Mondra Yinning