E-FILED
Tuesday, 13 May, 2008  09:09:32 AM
Clerk, U.S. District Court, ILCD

Case No. 02:07-CV-2076

Vinning -v- Barfield et.al.

Could you please notify me did the court recieve the 1983 complaint I filed in the above case No? And what is the status of this case?
— thankyou very much.

*Mondrea Vining*

FILED

MAY 1 2 2008

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS