U.S. District Court
Central District of
Illinois (Urbana)

Vinning-v-Barfield et.al  )  Case No. 2:07-CV-02076
                          )  HAB-DGB
                          )
                          )

**FILED**
MAY 21 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Motion to Compell
Defendant's to Answer
And Expediated docket

(1) On 3-28-08 petitioner filed his original Complaint, First and initial complaint. The Clerk or court labeled this complaint to be a ammended complaint. This is No Ammended complaint, this is the original and only complaint Petitioner has filed in the above case Number.

(2) This was filed in March, Nearly 2 months ago. Petitioner requests this court to order the Clerk to send U.S. Marshall Forms to initiate Service upon the defendants, unless they wish to waive service. And to then order defendants to respond.

(3) Petitioner also requests expediated docket.

*Monavining*

(1)

IN THE
U.S. District court
Central District

VINNING
Plaintiff,

v.

Barfield et.al
Defendant

Case No. 2:07-cv-02076
HAB-DGB

## PROOF/CERTIFICATE OF SERVICE

TO: Attorney General
500 S. Second St.
Springfield IL 62756

TO: _____

PLEASE TAKE NOTICE that on __5/13__, 20_08_, I have placed the documents listed below in the institutional mail at _____ Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service: Motion For service and to compell Defendants to Answer and For expediated docket

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: 5/13/08

/s/ _Mondrea Vinning_
NAME: Mondrea Vinning
IDOC#: B63459
Menard Correctional Center
P.O. BOX 711
Chester, IL 62259

Revised Jul 2002