E-FILED
Monday, 23 June, 2008 03:08:04 PM
Clerk, U.S. District Court, ILCD

FILED
JUN 23 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

6/19/08

To: Clerk of Court

Case No. 2:07-CV-2076

Vinning -v- Barfield et. al

Could you please notify me as to the status of the above case? and why I have not been mailed the U.S. marshall forms to serve the defendants?

Thank you Mondrew v's